Linda JACKSON, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

WD 78183

Missouri Court of Appeals, Western District.

ORDER FILED: SEPTEMBER 22, 2015

Larry Raymond Ruhmann, St. Louis, Counsel for Respondent.

David George Bandre, Jefferson City, Counsel for Appellant.

Before Division Three: Karen King Mitchell, P.J., Lisa White Hardwick, and Anthony Rex Gabbert, JJ.

### ORDER

Per Curiam:

Linda Jackson appeals the Labor and Industrial Relation Commission's decision denying her unemployment benefits. We affirm. Rule 84.16(b).